**Fill in this information to identify the case:**

Debtor 1 Nodar Kvatsashvili

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
(State)

Case number 26-10197-djb

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nations Lending Corporation c/o LoanCare, LLC **Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX9294

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X No

o Yes

Date of the last note:___/___/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00<br>$ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | 3/2/26 Plan Review ($400)<br>3/4/26 Plan Objection ($700) | (3) | $1,100.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 3/9/26 Proof of Claim ($825)<br>3/9/26 POC 410a ($325) | (5) | $1150.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify:___________ | | (10) | $ 0.00 |
| 11. Other. Specify:______________________________ | | (11) | $ 0.00 |
| 12. Other. Specify:______________________________ | | (12) | $ 0.00 |

13. Other. Specify:______________________ ______________________ (13) $ 0.00

14. Other. Specify:______________________ ______________________ (14) $ ______________

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Nodar Kvatsashvili Case number (if known) 26-10197-djb

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o I am the creditor.

X I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X /s/ Daniel P. Jones Date May 29, 2026
Signature

Print: Daniel P. Jones Title: Attorney for Creditor
First Name Middle Name Last Name

Company Stern & Eisenberg, PC

Address 1581 Main Street, Suite 200
Number Street

Warrington PA 18976
City State ZIP Code

Contact phone (215) 572-8111 Email djones@sterneisenberg.com

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: May 29, 2026

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Nodar Kvatsashvili
785 Saint Charles Avenue
Warminster, PA 18974-2571
**Debtor(s)**

*/s/ Daniel P. Jones*
Daniel P. Jones, BAR# 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Ph: (215) 572-8111
djones@sterneisenberg.com
Attorney for Secured Creditor

PA202600000086