**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nodar Kvatsashvili                                CHAPTER 13
                    Debtor(s)

                                                         BKY. NO. 26-10197 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Onslow Bay Financial, LLC and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
22 Jan 2026, 12:15:29, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 764b71dfad07dc4963a481e47142a6e4af59da473fc5abb8f695614fda226fbf