UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: NODAR KVATSASHVILI Debtor(s), | Bankruptcy No: 26-10197 Chapter: 13 Judge: Honorable Undetermined |
|---|---|

**ORDER GRANTING MOTION TO EXTEND TIME**

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to February 13, 2026.