## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: NODAR KVATSASHVILI Debtor(s) | Bankruptcy No: 26-10197 Chapter: 13 |
|---|---|

### ORDER GRANTING MOTION TO EXTEND TIME

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to February 13, 2026.

**Date: January 30, 2026**

_____
Honorable Derek J. Baker
United States Bankruptcy Court