**Michael A. Cibik, Esq.**
CIBIK LAW, P.C.
1500 Walnut Street, Suite 900
PHILADELPHIA, PA 19102
Phone: 2157045688
Email: cibik@cibiklaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| In re:<br><br>NODAR KVATSASHVILI<br><br><br>Debtor(s), | Bankruptcy No: 26-10197<br><br>Chapter: 13<br><br>Judge: Honorable Derek J. Baker |
|---|---|

**MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND RELATED DOCUMENTS**

COMES NOW, the above-named Debtor(s), by and through undersigned counsel, to request this Court enter an Order extending the deadline to file Schedules, Statement of Financial Affairs, Form 122C, and all related documents (hereinafter "Documents"). The Motion is supported as follows:

1. On January 16, 2026, Debtor(s) filed the above-entitled case.

2. The Petition was filed on an emergency basis and as a result, only the Voluntary Petition, Exhibit D, and a list of creditors was filed. The remaining Documents were due to be filed by February 13, 2026.

3.  The Debtor is still gathering some of the information required by Counsel to prepare the Schedules and needs extra time to do so.

4.  The Debtor(s) will gather all necessary documents and data needed to file complete Schedules and Statements and will cooperate with Trustee Kenneth West to prepare for the pending Meeting of Creditors.

5.  Debtor(s) respectfully request the deadline to file the Documents be moved from February 13, 2026 to the following new date: February 27, 2026.

WHEREFORE, the Debtor(s) request the extension of time.

DATED: February 14, 2026

/s/ Michael A. Cibik
MICHAEL A. CIBIK
Attorney for Debtor(s)