IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Nodar Kvatsashvili<br>    Debtor(s)<br>Nations Lending Corporation<br>    Movant<br>v.<br>Nodar Kvatsashvili<br>    Respondent(s) | Chapter: 13<br><br>Case No: 26-10197-djb |

**OBJECTION OF NATIONS LENDING CORPORATION TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 3443 MANSION DR, BENSALEM, PA 19020**

  Nations Lending Corporation (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Nodar Kvatsashvili (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

  1. On April 12, 2021, Khatuna Gogritchiani and Nodar Kvatsashvili signed a note in the principal sum of $338,827.00 evidencing a loan from Nations Lending Corporation, a Corporation. in the same amount, secured by the real property located at 3443 Mansion Dr, Bensalem, PA 19020 (hereinafter, the "Property"), as evidenced by a mortgage executed by Khatuna Gogritchiani and Nodar Kvatsashvili in favor of Mortgage Electronic Registration Systems Inc., as Nominee for Nations Lending Corporation., which mortgage is duly recorded with the Recorder of Deeds for Bucks County on May 4, 2021 Instrument No. 2021041851.

  2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

  3. Debtor filed the Chapter 13 Bankruptcy Petition on January 16, 2026 and as a result, any State Court proceedings were stayed.

  4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

    a. The Plan is infeasible in that the Plan:

      i. is underfunded and does not provide sufficient funds to pay the claims

      ii. does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $7,627.15 (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim).

  5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

  6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

     WHEREFORE, Creditor, Nations Lending Corporation, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

                         Respectfully submitted,

                         STERN & EISENBERG, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Counsel for Movant

Date: March 4, 2026