**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Nodar Kvatsashvili<br>        Debtor(s)<br>Nations Lending Corporation<br>        Movant<br>v.<br>Nodar Kvatsashvili<br>        Respondent(s) | Chapter: 13<br><br>Case No: 26-10197-djb |

### ORDER

AND NOW, this _____ day of _____, 20____ upon the Objection of Nations Lending Corporation and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE