IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Nodar Kvatsashvili<br>          Debtor(s)<br>Nations Lending Corporation<br>          Movant<br>v.<br>Nodar Kvatsashvili<br>          Respondent(s) | Chapter: 13<br><br>Case No: 26-10197-djb |

### CERTIFICATE OF SERVICE OF OBJECTION TO PLAN

    I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

| | |
|---|---|
| Michael A. Cibik<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>help@cibiklaw.com<br>**Counsel for Debtor** | Kenneth E. West<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106<br>ecfemails@ph13trustee.com<br>**Bankruptcy Trustee** |

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Nodar Kvatsashvili
785 Saint Charles Avenue
Warminster, PA 18974-2571
**Debtor(s)**

                                                Respectfully submitted,
                                                STERN & EISENBERG, PC

                                                *By: /s/ Daniel P. Jones*
                                                Daniel P. Jones, Esquire
                                                Stern & Eisenberg, PC
                                                djones@sterneisenberg.com
                                                Bar Number: 321876

Date: March 4, 2026                                     Counsel for Movant