# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Nodar Kvatsashvili** <br>                      **Debtor(s)** | | **CHAPTER 13** |
| **Onslow Bay Financial, LLC** <br>                      **Movant** | | |
|                **vs.** | | **NO.** 26-10197 DJB |
| **Nodar Kvatsashvili** <br>                      **Respondent(s)** | | |
| **Kenneth E. West** <br>                      **Trustee** | | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Onslow Bay Financial, LLC, it is **Ordered** and **Decreed** that confirmation is **denied**.


                                                                      _____
                                                                      Bankruptcy Judge