# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Nodar Kvatsashvili** <br> Debtor(s) <br><br> **Onslow Bay Financial, LLC** <br> Movant <br> vs. <br><br> **Nodar Kvatsashvili** <br> Respondent(s) | CHAPTER 13 <br> BK. NO. 26-10197 DJB |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **March 4, 2026**.

Kenneth E. West (via ECF)
1901 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Michael A. Cibik Esq.  (via ECF)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Nodar Kvatsashvili
785 Saint Charles Ave
Warminster, PA 18974


Date: March 4, 2026

By: /s/ <u>Matthew Fissel</u>
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant
bkgroup@kmllawgroup.com