# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10197-DJB |
| Nodar Kvatsashvili, | Chapter 13 |
| Debtor. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on March 24, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 24, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Navitas Credit Corporation**
c/o Amar A. Agrawal, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034

**Onslow Bay Financial, LLC**
c/o Matthew Fissel
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

**Nations Lending Corporation**
c/o Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

**Method of Service: First Class Mail**

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
Saint Louis, MO 63179

**Engs Commercial Financ**
1 Pierce Pl Ste 1100
Itasca, IL 60143

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**US Small Business Administration**
Attn: Bankruptcy Department
409 3rd St SW
Washington, DC 2041