# EXHIBIT C

### BUCKS COUNTY RECORDER OF DEEDS
**55 East Court Street**
**Doylestown, Pennsylvania   18901**
**(215) 348-6209**

Instrument Number - 2026005912
Recorded On 2/9/2026 At 8:50:46 AM                    * Total Pages - 3
* Instrument Type - MORTGAGE ASSIGNMENT
  Invoice Number ▇▇▇▇▇▇        User -  CB
* Mortgagor - NATIONS LENDING CORPORATION
* Mortgagee - ONSLOW BAY FINANCIAL LLC
* Customer - SIMPLIFILE LC E-RECORDING
* **FEES**

```
RECORDING FEES        $72.75
TOTAL PAID            $72.75
```

| |
|---|
| Bucks County UPI Certification<br>On February 6, 2026 By TF |

| |
|---|
| This is a certification page<br><br>**DO NOT DETACH**<br><br>This page is now part<br>of this legal document. |

RETURN DOCUMENT TO:
NATIONWIDE TITLE CLEARING, LLC
2100 ALT 19
PALM HARBOR, FL 34683-2620

I hereby **CERTIFY** that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.

*Robin M. Robinson*

**Robin M. Robinson**
**Recorder of Deeds**

\* - Information denoted by an asterisk may change during
the verification

```
┌──────────────────────────────────────────────────┐
│ CERTIFIED PROPERTY IDENTIFICATION NUMBERS          │
│                                   WARMINSTER TWP    │
│      CERTIFIED 02/06/2026 BY TF                    │
└──────────────────────────────────────────────────┘
```

**Prepared By:**
**Jennifer Zak/NTC, 2100 Alt. 19**
**North, Palm Harbor, FL 34683**
**(800)346-9152**

When Recorded Return To:
LoanCare, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

# ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR NATIONS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all liens, and any rights due or to become due thereon to **ONSLOW BAY FINANCIAL, LLC, WHOSE ADDRESS IS C/O 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452 (800)274-6600, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 01/25/2021, in the amount of $336,000.00 made by **NODAR KVATSASHVILI, MARRIED AND USHANGI KVATSASHVILI, UNMARRIED** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR NATIONS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS** recorded on 02/08/2021, in the Office of the Recorder of Deeds of **BUCKS** County, in the State of **Pennsylvania**, in **Instrument # 2021012248**.

Property is more commonly known as: 785 SAINT CHARLES AVE, WARMINSTER, PA 18974.

**Dated this 05th day of February in the year 2026**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR NATIONS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS**

By: _____
**NATHANIEL PARKS III**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF MICHIGAN   COUNTY OF OAKLAND

The foregoing instrument was acknowledged before me on this 05th day of February in the year 2026 by Nathaniel Parks III as VICE PRESIDENT who is/are authorized to execute this instrument on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR NATIONS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS. He/she/they is (are) personally known to me.

**CIERRA GRIFFIN**
COMM EXPIRES: 1/24/2031

CIERRA GRIFFIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 24, 2031
ACTING IN COUNTY OF Oakland

Assignment of Mortgage from:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR NATIONS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)**
to:
**ONSLOW BAY FINANCIAL, LLC, WHOSE ADDRESS IS C/O 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452 (800)274-6600, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **NODAR KVATSASHVILI, MARRIED AND USHANGI KVATSASHVILI, UNMARRIED**

All that certain lot or piece of ground situated in
Mortgage Premises: 785 SAINT CHARLES AVE
                   WARMINSTER, PA 18974
                   BUCKS
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Nathaniel Parks III**, do certify that the precise address of the within named Assignee is:
**ONSLOW BAY FINANCIAL, LLC, WHOSE ADDRESS IS C/O 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452 (800)274-6600, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**NATHANIEL PARKS III**

**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.