## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nodar Kvatsashvili | | |
| | Debtor | CHAPTER 13 |
| Onslow Bay Financial, LLC | | |
| | Movant | |
| vs. | | |
| | | NO. 26-10197 DJB |
| Nodar Kvatsashvili | | |
| | Respondent | |
| Kenneth E. West | | |
| | Additional Respondent | 11 U.S.C. Section 362 |

## CERTIFICATE OF NO OBJECTION

I, Maggie Soboleski, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee to the Motion for Relief from Automatic Stay filed on May 29, 2026 (Doc No. 29). The deadline for filing an objection or other response was June 12, 2026.

/s/ Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
MSoboleski@kmllawgroup.com