# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Nodar Kvatsashvili | | BK NO. 26-10197 DJB |
| | Debtor | |
| | | Chapter 13 |
| Onslow Bay Financial, LLC | | |
| | Movant | 11 U.S.C. Section 362 |
| vs. | | |
| Nodar Kvatsashvili | | |
| | Debtor | |
| Kenneth E. West | | |
| | Trustee | |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on June 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection
- Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: June 15, 2026

/s/ Maggie Soboleski
Maggie Soboleski, Esq.
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Nodar Kvatsashvili<br>785 Saint Charles Ave<br>Warminster, PA 18974 | Debtor | ☐  Hand-delivered<br><br>☒  First Class Mail<br><br>☐  Certified mail<br><br>☐  E-mail<br><br>☐  CM/ECF<br><br>☐  Other _____<br>(as authorized by the court *) |
| Michael A. Cibik<br>Cibik Law, P.C<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐  Hand-delivered<br><br>☒  First Class Mail<br><br>☐  Certified mail<br><br>☐  E-mail<br><br>☐  CM/ECF<br><br>☐  Other _____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13<br>Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐  Hand-delivered<br><br>☐  First Class Mail<br><br>☐  Certified mail<br><br>☐  E-mail<br><br>☒  CM/ECF<br><br>☐  Other _____<br>(as authorized by the court *) |