United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 26-10197-djb

Nodar Kvatsashvili                                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nodar Kvatsashvili, 785 Saint Charles Avenue, Warminster, PA 18974-2571 |
| cr | + | Nations Lending Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 15093843 | | LoanCare Llc, Attn: Bankruptcy, PO Box 8068, VA 23452 |
| 15118678 | + | Mitsubishi HC Capital America,Inc., William Kent Carter/Gordon Rees Scully M, One North Wacker Drive, Suite 1600, Chicago, IL 60606-2874 |
| 15096222 | + | Nations Lending Corporation, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| 15094163 | + | Navitas Credit Corp., Eisenberg Gold & Agrawal, P.C., c/o Amar A. Agrawal, Esq., 1040 N. Kings Highway, Suite 200, Cherry Hill NJ 08034-1925 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: ServicingAdmin@navitascredit.com | Jun 26 2026 01:08:00 | Navitas Credit Corp., 111 Executive Center Drive, Suite 102, Columbia, SC 29210 |
| 15093839 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 26 2026 01:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15117362 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 26 2026 01:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15093840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:34:51 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15093841 | + | Email/Text: jfeinstein@mhccna.com | Jun 26 2026 01:08:00 | Engs Commercial Financ, 1 Pierce Pl Ste 1100, Itasca, IL 60143-3149 |
| 15093842 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2026 01:08:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15111621 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:13:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111668 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 26 2026 01:08:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15093844 | | Email/Text: ServicingAdmin@navitascredit.com | Jun 26 2026 01:08:00 | Navitas Credit Corp., 111 Executive Drive Suit, Columbia, SC 29210 |
| 15111669 | ^ | MEBN | Jun 26 2026 01:00:08 | Nations Lending Corporation, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15095831 | ^ | MEBN | Jun 26 2026 00:59:58 | Onslow Bay Financial, LLC, C/O KML Law Group, 701 Market Street Suite 5000, |

| | | | Philadelphia, PA. 19106-1541 |
|---|---|---|---|
| 15110695 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 26 2026 01:08:00 | Onslow Bay Financial, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15093845 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15094582 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15139943 | + Email/Text: bankruptcynotices@sba.gov | Jun 26 2026 01:09:00 | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 15093846 | + Email/Text: bankruptcynotices@sba.gov | Jun 26 2026 01:08:00 | US Small Business Administration, Attn: Bankruptcy Department, 409 3rd St SW, Washington, DC 20416-0005 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Navitas Credit Corp. aagrawal@egalawfirm.com alapinski@egalawfirm.com |
| DANIEL P. JONES | on behalf of Creditor Nations Lending Corporation djones@sterneisenberg.com bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor ONSLOW BAY FINANCIAL  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor ONSLOW BAY FINANCIAL  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Nodar Kvatsashvili help@cibiklaw.com |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 25, 2026                       Form ID: pdf900                                Total Noticed: 23

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG

on behalf of Creditor Nations Lending Corporation seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
       NODAR KVATSASHVILI

               Debtor

Chapter 13

Bankruptcy No. 26-10197-DJB

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 25, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge